UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHN O'SHEA,<br><br>           Plaintiff,<br><br>      v.<br><br>MANSKER,<br><br>           Defendant. | Case No. 23-cv-04208-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a person in detention at the Maguire Correctional Facility in San Mateo County proceeding *pro se*, filed a civil rights complaint with the Court on August 18, 2023. ECF 1. That same day, the Clerk of the Court informed plaintiff that this action was deficient because he had not submitted an application to proceed *in forma pauperis* or paid the filing fee. ECF 2. The Court informed plaintiff that he needed to correct the deficiency within twenty-eight days from the date of the notice to avoid dismissal of this action. *Id.* The deadline has passed, and plaintiff has not submitted his application to proceed *in forma pauperis* or paid the filing fee.

The Court therefore DISMISSES this action with prejudice. The Clerk shall terminate any pending motions, enter judgment for defendant, and close the file.

**IT IS SO ORDERED.**

Dated: November 2, 2023

TRINA L. THOMPSON
United States District Judge